William D. CRUST, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. WD 49606.

Missouri Court of Appeals, Western District.

March 28, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rodney P. Massman, Sp. Asst. Atty. Gen., Mo.

Dept. of Revenue, Jefferson City, for appellant.

Scott Friedrich, Harrisonville, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM.

The Director of the Department of Revenue appeals the trial court's reversal of her decision that William D. Crust's license to operate a motor vehicle be suspended because of drunk driving. We affirm. Rule 84.16(b).